IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02104-WDM-MJW

ERIC V.  SPRINGER,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

MINUTE ORDER

        Based upon this Court's Minute Order entered on March 11, 2009, DN 23, which
vacated the settlement conference set on March 25, 2009, at 2:30 p.m., before
Magistrate Judge Watanabe, it is hereby ORDERED that the Joint Motion to Vacate
Settlement Conference, DN 22, is MOOT, and therefore DENIED.

Date:  March 12, 2009