IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02104-WDM-MJW

ERIC V. SPRINGER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation.

    Defendant.

**ORDER AMENDING SCHEDULING ORDER** (Docket No. 27)

The above-captioned matter came on for consideration by the Court upon Plaintiff's Unopposed Motion to Amend Scheduling Order. Upon review of Plaintiff's Motion, the fact that Defendant does not oppose the relief sought by that Motion, and for good cause appearing thereby,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and the Scheduling Order filed December 1, 2009 is amended as follows:

| | |
|---|---|
| Joint Status Report | September 4, 2009 |
| Discovery Cut-off | December 11, 2009 |
| Plaintiff Expert Designation | September 1, 2009 |
| Defendant Expert Designation | October 17, 2009 |
| Plaintiff Rebuttal Designation | November 28, 2009 |
| Request for Admissions | October 31, 2009 |

IT IS FURTHER ORDERED that the parties will schedule a mediation with Honorable Richard Borchers at Legal Resolution Center, or such other private mediator as they shall agree, by August 31, 2009, and shall file a Joint Status Report on the result of the mediation as set forth

above. The parties may instead, in their discretion, request a settlement conference with the Court.

DATED this 1st day of May, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
MAGISTRATE JUDGE