IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02104-WDM-MJW

ERIC V. SPRINGER,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

        Defendant.

## ORDER AMENDING SCHEDULING ORDER (Docket No. 29)

The above-captioned matter came on for consideration by the Court upon Plaintiff's Motion to Amend Scheduling Order. Upon review of Plaintiff's Motion, and for good cause appearing thereby,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and the Scheduling Order filed December 3, 2009 and Amended May 1, 2009, is amended as follows:

| | |
|---|---|
| Joint Status Report on mediation | November 4, 2009 |
| Discovery Cut-off | February 11, 2010 |
| Dispositive Motion Deadline | November 25, 2009 |
| Plaintiff Expert Designation | November 2, 2009 |
| Defendant Expert Designation | December 17, 2009 |
| Plaintiff Rebuttal Designation | January 29, 2010 |
| Request for Admissions | December 31, 2009 |
| Final Pre-Trial Conference | February 24, 2010 @ 8:30 am |
| Proposed Final Pretrial Order | Feb 17, 2010 |

The Final Pretrial Conference that was set on December 21, 2009 at 8:30 AM is VACATED.

DATED this 24th day of September 2009.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
MAGISTRATE JUDGE