IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02104-WDM-MJW

ERIC V. SPRINGER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

## ORDER AMENDING SCHEDULING ORDER ( Docket No 38 )



The above-captioned matter came on for consideration by the Court upon the Parties' Joint Motion to Amend Scheduling Order. Upon review of the Joint Motion, and for good cause appearing thereby,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and the Scheduling Order filed September 24, 2009 is amended as follows:

|  | Current Order | Extension Granted |
|---|---|---|
| Discovery Cut-off | February 11, 2010 | April 11, 2010 |
| Dispositive Motion Deadline | November 25, 2009 | |
| Plaintiff Expert Designation | November 2, 2009 | |
| Defendant Expert Designation | December 17, 2009 | |
| Plaintiff Rebuttal Designation | January 29, 2010 | |
| Request for Admissions | December 31, 2009 | |
| Final Pre-Trial Conference | February 24, 2010 | May 7, 2010 at 9:00am ~~A date in late April or early May, 2010~~ |

DATED this 12th day of February, 2010.

BY THE COURT:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
MAGISTRATE JUDGE