# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02104-WDM-MJW

ERIC V. SPRINGER,

   Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

   Defendant.

## ORDER GRANTING CONTINUANCE OF PRETRIAL CONFERENCE

   The above-captioned matter came on for consideration by the Court upon the Parties' Joint Motion to Vacate and Continue the Pretrial Conference currently scheduled for Wednesday, June 2, 2010. Upon review of the Joint Motion, and for good cause appearing thereby,

   IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and the Pretrial Conference currently scheduled for June 2, 2010 is hereby vacated and rescheduled for September 7, 2010, at 9:00 o'clock a.m. It is also Ordered that the Pretrial Order is due on or before September 1, 2010.

   DATED this 25th day of MAY, 2010.

       BY THE COURT:

       _Michael J. Watanabe_

       MICHAEL J. WATANABE
       MAGISTRATE JUDGE